THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATHEWS BUILDING COMPANY, Appellant, v. CHARLES W. BERRY, as Comptroller of the City of New York, and GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Respondents.— Order denying motion for peremptory mandamus order reversed upon the law and the facts, with costs, and motion granted, with fifty dollars costs, to the extent of requiring the comptroller and the corporation counsel to proceed as provided in section 1043-a of the Charter of the City of New York.*

---

* See Greater New York Charter (Laws of 1901, chap. 466), § 1043-a, as added by Laws of 1915, chap. 314.— [REP.

The petition presents facts which, uncontradicted, call upon the comptroller and the corporation counsel to proceed in accordance with said charter provision. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur. Settle order upon notice.